IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NEIL CLEM
REG #25946-009                                                                PLAINTIFF

v.                               No. 4:22-cv-195-DPM

ANTHONY COUNTS;  HOLDEN LESTER;
DARREN WHITE;  LONOKE COUNTY
SHERIFF'S OFFICE, ARKANSAS;
CABOT POLICE DEPARTMENT, ARKANSAS;
LONOKE COUNTY, ARKANSAS;
CITY OF CABOT, ARKANSAS;
CHARLES E. GRAHAM, JR.,
Lonoke County Prosecuting Attorney;
BENJAMIN SCOTT HOOPER,
Lonoke County Deputy Prosecuting Attorney         DEFENDANTS

## JUDGMENT

Clem's complaint is dismissed.  His claims against Deputy White, Graham, Hooper, the Cabot police department, the Lonoke county sheriff's office, the city of Cabot, and Lonoke county are dismissed without prejudice.  Clem's official capacity claims against Officer Lester and Deputy Counts are dismissed without prejudice.  His federal claims against Officer Lester and Deputy Counts, in their individual capacities, are dismissed with prejudice.  His state law claims are dismissed without prejudice.

*signature*

D.P. Marshall Jr.
United States District Judge

15 October 2024